UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 05-cv-14-HRW

WILLIAM COLLIER,                                            PLAINTIFF,

v.          **MEMORANDUM OPINION AND ORDER**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,                 DEFENDANT.

The plaintiff has brought this action pursuant to 42 U.S.C. §405(g) to challenge a final decision of the Defendant denying Plaintiff's application for disability insurance benefits. The Defendant has filed a Motion to Enter Judgment and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 9].

The Court having reviewed the record finds that this matter should be remanded for further consideration by the Commissioner. Specifically, on remand the ALJ will update the existing record with additional medical evidence from Plaintiff's treating physician and then assess the same, discussing the weight which will be afforded to the opinion of the treating source. The ALJ will then conduct a full assessment of Plaintiff's residual functional capacity and obtain medical or vocational expert testimony if need be.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's Motion for Remand pursuant sentence four of 42 U.S.C. § 405(g) [Docket No. 9] is **SUSTAINED**. A judgment reflecting the above order will be entered contemporaneously herewith.

This 30th day of August, 2005.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

Henry R. Wilhoit, Jr., Senior Judge